# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148139

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAMAZZ FOSTER,
        Defendant-Appellant.

SC: 148139
COA: 316745
Wayne CC: 12-007026-FC

_____/

On order of the Court, the application for leave to appeal the November 6, 2013 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



p0324

Clerk